**Order issued June 5, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-14-00300-CV**

_____

## OFFICER K. MCDONALD, OFFICER K. R. HARVEY, AND CSO DANELLE CLAY, Appellants

## V.

## DONNIE SHANE FLANIGAN, Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-65291**

## MEMORANDUM ORDER

Appellants Officer K. McDonald and Officer K.R. Harvey have filed a motion to dismiss their appeal. No opinion has issued, and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3, 42.1(c).

Accordingly, we grant the motion and dismiss the appeals of Officer K. McDonald and Officer K.R. Harvey. *See* TEX. R. APP. P. 42.1(a)(1). CSO Danelle Clay's appeal remains pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.